UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Ferrick + Jaco Pastorius + Gerencia 360 Publishing Pamela Hanson

Write the full name of each plaintiff.

No. 17CV8699

(To be filled out by Clerk's Office)

-against-

Spotify USA Inc.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

1:16-CV-8412 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/17

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

I. **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☒ Other: _Being apart of an existing lawsuit_

II. **PLAINTIFF INFORMATION**

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Pamela_          _Toy_           _Hansen_
First Name        Middle Initial   Last Name

_Lil Spinka Inient (Borough Hall is notified if approved a new gov't name)_
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_09G0586_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held) _Now (present)_

_BHCF P.O. Box 1000_
Current Place of Detention

_Bedford Hills N.Y. 10507-2499_
Institutional Address

_____
County, City                State            Zip Code

III. **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: _Spotify_____
First Name            Last Name            Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City            State            Zip Code

Defendant 2: _____
First Name            Last Name            Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City            State            Zip Code

Defendant 3: _____
First Name            Last Name            Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City            State            Zip Code

Defendant 4: _____
First Name            Last Name            Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City            State            Zip Code

V. STATEMENT OF CLAIM

Place(s) of occurrence: _Present either Roses M. Singer threw itunes or threw cd Baby /spotify_

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Im Just here to accompany myself or Party myself as of the lawsuits + helping plaintiff for any agreement past Streaming Unpaid action without notice is made. Because if an license isnt present Im very Concerned about my Music career, copyright, royalties etc.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

stress, Medications (Ibuprophen)

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Im agreeing with the Money damages or any present court actions taken place if fectened place

Ferrick v. Spotify
c/o GCG
PO Box 10371
Dublin, Ohio 43017-5571

Forwarding Service Requested



Pamela Hansen #09G0386
Bedford Hills Correctional Facility
PO Box 1000
Bedford Hills NY 10507-2499





SUPREME COURT OF THE STATE OF NEW YORK
60 CENTRE STREET
NEW YORK, NY 10007-1474

Ex-Parte Motion Office
Special Term Part
Room 315



Pro Se
SM

US District Clerks office
Southern District of FNY
40 Foly Square
NY, NY. 10007

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: October 20, 2017
Plaintiff's Signature: [signed]

First Name: Pamela
Middle Initial: Joint by
Last Name: Hanson

Prison Address: 247 Harris Rd
0960586
County, City: Bedford Hills
State: N.Y
Zip Code: ~~10~~ 10507-2499

Date on which I am delivering this complaint to prison authorities for mailing: Oct 20 2017 Friday

mail goes out Oct 23rd on a monday

Page 6